UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                              CASE NO. 08 B 09146
    LAWRENCE BOYD
    ODESSA BOYD                     CHAPTER 13

                                    JUDGE: A. BENJAMIN GOLDGAR

          Debtor
    SSN XXX-XX-2940    SSN XXX-XX-3223
```

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/15/08 .

    2.  The case was dismissed without confirmation, 10/24/2008.

    3.  The Debtor paid a total of $   2775.00 .

    4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| FRANKLIN CREDIT MGMT COR | SECURED | .00 | .00 | .00 |
| FRANKLIN CREDIT MGMT COR | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| LAKE COUNTY COLLECTOR | SECURED | NOT FILED | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | .00 | .00 | 1971.34 |
| ILLINOIS TITLE LOANS | SECURED VEHIC | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| VISA DSNB | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |

                   Summary of disbursements:
-------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 1971.34 | .00 | .00 | .00 | 1971.34 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1971.34 | .00 | .00 | .00 | 1971.34 |

The Debtor's attorney, DAVID M SIEGEL             , was allowed $   3500.00
and was paid $    376.00  direct and $    647.14  through the plan.

The Trustee received $    156.52 .

Refunds to the Debtor totaled $     .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/14/09                          /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE


PAGE  2
CASE NO. 08 B 09146 LAWRENCE BOYD & ODESSA BOYD